**BAIZ v. STATE.**

No. 25633.

Court of Criminal Appeals of Texas.

Jan. 16, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Upon an indictment of assault with intent to murder, the jury found the appellant guilty of aggravated assault and assessed the punishment at 1 year in jail.

A search of the record fails to reveal any notice of appeal, in the absence of which this court is without jurisdiction to consider the same.

The appeal is therefore dismissed.

Opinion approved by the Court.